IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: LETTER ROGATORY OF THE BASIC COURT OF PODGORICA, MONTENEGRO | : : : : |
| IN THE PETITION OF PILIC SULEJMAN, PILIC ZORKA, PILIC SANITA, AND PILIC ELVIRA     Plaintiffs, | : : : : : : |
| v. | : : |
| MONTENEGRO, MINISTRY OF INTERIOR AND PUBLIC ADMINISTRATION, No. 752/11     Defendant. | : : : : |

CIVIL ACTION No.
1:12-mi-00142-SCJ

## ORDER

Application having been made to this Court by Aleksandar Stojanovic, Judge of the Basic Court in Podgorica, Montenegro, through the Embassy of Montenegro [Doc. No. 1], and this Court having been requested to give effect to a certain letter rogatory, dated June 18, 2012 and issued by the above-mentioned court for the purpose of having Pilic Sulejman, Pilic Zorka, Pilic Sanita, and Pilic Elvira, of 2777 Oak Meadow Lane, Snellville, Georgia 30078, residing within the jurisdiction of this Court, appear and give testimony pertaining to the Plaintiffs' petition for compensation of non-pecuniary damages filed in the Basic Court of Podgorica, No. 752/11;

AO 72A
(Rev.8/82)

THEREFORE, I, the Honorable Steve C. Jones, Judge of the United States District Court for the Northern District of Georgia, pursuant to the authority contained in 28 U.S.C. § 1782, and Fed. R. Civ. P. 28(a), hereby **GRANT** said request [at Doc. No. 1] and **appoint the Honorable Gerrilyn G. Brill, United States Magistrate, Northern District of Georgia**, to take such steps as may be necessary to obtain the testimony and other relevant evidence from Pilic Sulejman, Pilic Zorka, Pilic Sanita, and Pilic Elvira, as more fully set forth in the above-referenced June 18, 2012 letter rogatory, and to do such other things as may be necessary to carry out the instructions contained in the letter.

IT IS SO ORDERED, this 17th day of August, 2012.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE