IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: LETTER ROGATORY OF THE BASIC COURT OF PODGORICA, MONTENEGRO, <br><br> IN THE PETITION OF PILIC SULEJMAN, PILIC ZORKA, PILIC SANITA, and PILIC ELVIRA, <br><br>    Plaintiffs, <br><br>    v. <br><br> MONTENEGRO, MINISTRY OF INTERIOR AND PUBLIC ADMINISTRATION, No. 752/11, <br><br>    Defendant. | CIVIL ACTION FILE <br><br> NO. 1:12-mi–00142-SCJ-GGB |

## **ORDER**

The Clerk is **DIRECTED** to administratively close this action, as the letter rogatory submitted by the Montenegran Embassy is now being addressed through diplomatic channels.

IT IS SO ORDERED this 31st day of January, 2013.

*Gerrilyn G. Brill*
_____
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)